United States District Court

Eastern District of California

Teresa G. Alegre,

    Petitioner,                    No. Civ. S 04-2379 FCD PAN P

  vs.                              Order

Gloria Henry, et al.,

    Respondents.

-oOo-

    June 2, 2005, respondent requested an extension of time to respond to the petition. Good cause appearing, respondent's request is granted and time is extended until July 6, 2005.

    So ordered.

    Dated: June 2, 2005.

                                      /s/ Peter A. Nowinski
                                      PETER A. NOWINSKI
                                      Magistrate Judge