United States District Court

Eastern District of California

Teresa G. Alegre,

    Petitioner,	No. Civ. S 04-2379 FCD PAN P

 vs.	Order

Gloria Henry, et al.,

    Respondents.

-oOo-

July 28, 2005, petitioner requested an extension of time to oppose respondent's motion to dismiss.  Good cause appearing, petitioner's request is granted and time is extended until 30 days from the date this order is signed.  No further extensions will be granted absent a showing of manifest injustice.

So ordered.

Dated:  August 16, 2005.

/s/ Peter A. Nowinski
PETER A. NOWINSKI
Magistrate Judge